IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Smith, Rory D | Case Number: 08 B 12297 |
| | Judge: Hollis, Pamela S |
| Printed: 11/04/08 | Filed: 5/14/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: September 22, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 750.00 | |
| Secured: | | 701.25 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 48.75 |
| Other Funds: | | 0.00 |
| Totals: | 750.00 | 750.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 2. | Harris N A | Secured | 20,667.67 | 486.98 |
| 3. | Toyota Motor Credit Corporatio | Secured | 9,000.00 | 214.27 |
| 4. | Harris N A | Secured | 1,121.73 | 0.00 |
| 5. | Washington Mutual Bank FA | Secured | 67,218.61 | 0.00 |
| 6. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 7. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 8. | Chase Bank | Unsecured | 3,104.38 | 0.00 |
| 9. | American Express | Unsecured | 1,031.18 | 0.00 |
| 10. | Chase Bank | Unsecured | 5,391.02 | 0.00 |
| 11. | Chase Bank USA NA | Unsecured | 342.11 | 0.00 |
| 12. | Chase Bank | Unsecured | 32.65 | 0.00 |
| 13. | Toyota Motor Credit Corporatio | Unsecured | 532.60 | 0.00 |
| 14. | Wachovia Dealer Services | Secured | | No Claim Filed |
| 15. | Northwestern University | Priority | | No Claim Filed |
| 16. | Sallie Mae | Unsecured | | No Claim Filed |
| 17. | Gary Strokosch MD | Unsecured | | No Claim Filed |
| 18. | John Mead MD | Unsecured | | No Claim Filed |
| 19. | Elmhurst Memorial Hospital | Unsecured | | No Claim Filed |
| 20. | Rush Pediatric | Unsecured | | No Claim Filed |
| 21. | Silver Cross Hospital | Unsecured | | No Claim Filed |
| 22. | Rush University Medical Center | Unsecured | | No Claim Filed |
| 23. | Well Group Health Partners | Unsecured | | No Claim Filed |
| 24. | Evanston Northwestern Healthcare | Unsecured | | No Claim Filed |
| 25. | Associated St James Radiologis | Unsecured | | No Claim Filed |
| 26. | O'Connor Medical LLC | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Smith, Rory D

Printed: 11/04/08

Case Number:  08 B 12297
Judge: Hollis, Pamela S
Filed:  5/14/08

### DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Partners In Womens Health | Unsecured | | No Claim Filed |
| 28. Chase Bank | Unsecured | | No Claim Filed |
| 29. Southwest Laboratory Physican | Unsecured | | No Claim Filed |
| 30. Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 31. Digestive Diseases | Unsecured | | No Claim Filed |
| | | $ 108,441.95 | $ 701.25 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 48.75 |
| | $ 48.75 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

